1  Mark R. Thierman, Nev. Bar No. 8285
   Joshua D. Buck, Nev. Bar No. 12187
2  THIERMAN LAW FIRM, P.C.
   7287 Lakeside Drive
3  Reno, Nevada  89511
   Tel. (775) 284-1500
4  Fax. (775) 703-5027

5  Attorneys for Plaintiffs

6  Elayna J. Youchah, Nevada Bar No. 5837
   JACKSON LEWIS LLP
7  3800 Howard Hughes Parkway
   Suite 600
8  Las Vegas, NV 89169
   Tel. (702) 921-2460

9
   Attorney for Defendant New Castle Corp.
10 dba Excalibur Hotel & Casino

11               **UNITED STATES DISTRICT COURT**

12                   **DISTRICT OF NEVADA**

13

14 TENISHA MARTIN, ANNA FICKEN and        Case No. 2:13-cv-00736-APG-VCF
   DIANE KOHN, on behalf of herself and all
15 others similarly situated,
                                          [~~PROPOSED~~] **ORDER GRANTING**
16              Plaintiff,                 **FINAL APPROVAL OF CLASS**
                                          **ACTION SETTLEMENT**
17         vs.

18 RAMPARTS, INC. DBA LUXOR HOTEL &
   CASINO, and DOES 1-50,
19
                Defendant.
20

21 TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

22       The above-referenced putative class action ("Action") having come before the Court on

23 July 2, 2014, for a hearing and this Final Order Approving Class Action Settlement and Judgment

24 ("Court's Final Order and Judgment"), consistent with the Court's Preliminary Approval Order

25 ("Preliminary Approval Order"), filed and entered April 4, 2014, and as set forth in the Joint

26 Stipulation of Settlement and Release Between Plaintiff and Defendant ("Stipulation of

27 Settlement" or "Settlement") in the Action, and due and adequate notice having been given to all

28 Class Members as required in the Preliminary Approval Order, and the Court having considered

all papers filed and proceedings had herein and otherwise being fully informed and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.     All terms used herein shall have the same meaning as defined in the Stipulation of Settlement.

2.     This Court has jurisdiction over the subject matter of this Action and over all Parties to this Action, including all Class Members.

3.     Distribution of the Notice and the Exclusion Form directed to the Class Members as set forth in the Stipulation of Settlement and the other matters set forth therein have been completed in conformity with the Preliminary Approval Order, including individual notice to all Class Members who could be identified through reasonable effort, and as otherwise set forth in the Stipulation of Settlement. The Notice provided due and adequate notice of the proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation of Settlement, to all persons entitled to such Notice, and the Notice fully satisfied the requirements of due process. All Class Members and all Released Claims are covered by and included within the Settlement and the Court's Final Order and Judgment.

5.     The Court hereby finds the Settlement was entered into in good faith. The Court further finds that Plaintiffs have satisfied the standards and applicable requirements for final approval of this class action settlement.

6.     The Court hereby approves the Settlement set forth in the Stipulation of Settlement and finds the Settlement is, in all respects, fair, adequate and reasonable, and directs the Parties to effectuate the Settlement according to its terms. The Court finds that the Settlement has been reached as a result of intensive, serious and non-collusive, arms-length negotiations. The Court further finds the Parties have conducted extensive and costly investigation and research, and counsel for the Parties are able to reasonably evaluate their respective positions. The Court also finds the Settlement at this time will avoid additional substantial costs, as well as avoid the delay and risks that would be presented by the further prosecution of the Action. The Court has reviewed the benefits that are being granted as part of the Settlement and recognizes the significant value to the Class Members. The Court also finds the Class is properly certified as a

1 class for settlement purposes only. The Court also hereby finds there were no objections to the

2 Settlement filed prior to or raised by any person on the record at the Final Approval Hearing that

3 change the Court's decision to approve the Settlement.

4    7.    As of the date of the Court's Final Order and Judgment, each and every

5 Class Member is and shall be deemed to have conclusively released the Released Claims as

6 against the Released Parties. As of the date of the Court's Final Order and Judgment, each and

7 every Class Member who has not submitted a valid Request for Exclusion hereby releases and is

8 forever barred and enjoined from instituting or prosecuting the Released Claims, except as to such

9 rights or claims as may be created by the Settlement, against the Released Parties from April 9,

10 2010 up to and including the date of the Court's Final Order and Judgment. In addition, as of the

11 date of the Court's Final Order and Judgment, each Class Member who has not submitted a valid

12 Request for Exclusion is forever barred and enjoined from instituting or accepting damages or

13 obtaining relief against the Released Parties relating to the Released Claims from April 9, 2010

14 up to and including the date of the Court's Final Order and Judgment.

15    8.    Neither the Settlement nor any of the terms set forth in the Stipulation of

16 Settlement is an admission by the Released Parties, nor is the Court's Final Order and Judgment

17 Dismissing a finding of the validity of any claims in the Action or of any wrongdoing by the

18 Released Parties. Neither the Court's Final Order and Judgment, the Stipulation of Settlement,

19 nor any document referred to herein, nor any action taken to carry out the Stipulation of

20 Settlement is, may be construed as, or may be used as, an admission by or against the Released

21 Parties, of any fault, wrongdoing or liability whatsoever. The entering into or carrying out of the

22 Stipulation of Settlement, and any negotiations or proceedings related thereto, shall not in any

23 event be construed as, or deemed to be evidence of, an admission or concession with regard to the

24 denials or defenses by the Released Parties, and shall not be offered in evidence in any action or

25 proceeding in any court, administrative agency or other tribunal for any purpose whatsoever other

26 than to enforce the provisions of the Court's Final Order and Judgment, the Stipulation of

27 Settlement, the Released Claims, or any related agreement or release. Notwithstanding these

28 restrictions, any of the Released Parties may file in the Action, or submit in any other proceeding,

1  the Court's Final Order and Judgment, the Stipulation of Settlement, and any other papers and

2  records on file in the Action as evidence of the Settlement to support a defense of *res judicata*,

3  *collateral estoppel*, release, or other theory of claim or issue preclusion or similar defense as to

4  the Released Claims.

5          9.  The Court hereby enters judgment in the Action, as of the date of entry of

6  the Court's Final Order and Judgment, pursuant to the terms set forth in the Stipulation of

7  Settlement.  Without affecting the finality of the Court's Final Order and Judgment in any way,

8  the Court hereby retains continuing jurisdiction over the interpretation, implementation and

9  enforcement of the Settlement, and all orders entered in connection therewith.

10          10.  The Court hereby finds the settlement payments provided for under the

11  Settlement to be fair and reasonable in light of all the circumstances.  The Court, therefore, orders

12  the calculations and the payments to be made and administered in accordance with the terms of

13  the Settlement.

14          11.  The Court hereby confirms Thierman Law Firm, P.C. as Class Counsel in

15  the Action.

16          12.  Pursuant to the terms of the Settlement, and the authorities, evidence and

17  argument submitted by Class Counsel, the Court hereby awards Class Counsel attorneys' fees in

18  the amount of $334,000.00, and attorney costs in the amount of $2,500, to be deducted and paid

19  from the Maximum Settlement Amount, as final payment for and complete satisfaction of any and

20  all attorneys' fees and costs incurred by and/or owed to Class Counsel and any other person or

21  entity related to the Action.  The Court further orders that the award of attorneys' fees and costs

22  set forth in this Paragraph shall be administered pursuant to the terms of the Stipulation of

23  Settlement, and transferred and/or made payable to Class Counsel in the Action.

24          13.  The Court also hereby approves and orders Enhancement Awards to Class

25  Representatives Tenisha Martin, Anna Ficken, and Diane Kohn in the amount of $20,000 each to

26  be paid from the Maximum Settlement Amount as set forth in the Stipulation of Settlement.

27          14.  The Court also hereby approves and orders payment from the Class

28  Settlement for actual claims administration expenses incurred by the Claims Administrator, CPT

1  Group, to be paid from the Maximum Settlement Amount as set forth in the Stipulation of

2  Settlement.

3        15.     The Court also hereby finds and orders that the Stipulation of Settlement is

4  and constitutes a fair, reasonable and adequate compromise of the Released Claims against the

5  Released Parties.

6        16.     Provided the Settlement becomes effective under the terms of the

7  Stipulation of Settlement, the Court also hereby orders the deadline for mailing or otherwise

8  delivering the Court-approved Settlement Awards, attorneys' fees and costs, and Enhancement

9  Awards is as set forth in the schedule within the Preliminary Approval Order.

10

11      **IT IS SO ORDERED.**

12

13      Dated: _July 2, 2014_

                                     Honorable Andrew P. Gordon

14                                       Judge of the United States District Court

15

16

17  4849-5187-3304, v. 1

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order Granting Final Approval of Class Action Settlement